UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-439-RJC
(3:09-cr-153-RJC-5)

| ANTHONY BRITT MOORE, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

**THIS MATTER** is before the Court following the filing of the Fourth Circuit's en banc opinion in Whiteside v. United States, ___ F.3d___, 2014 WL 7245453 (4th Cir. Dec. 19, 2014). The Court granted the Government's motion to stay this § 2255 proceeding pending the resolution of the Whiteside case. The Government will now be ordered to file a response to Petitioner's § 2255 motion, as supplemented, (Doc. No. 8), within 30 days from entry of this Order. Petitioner's counsel will have 7 days from the filing of the Government's response in order to file a reply as provided for in the Local Rules in this district. See LCvR 7.1(E).

**IT IS, THEREFORE, ORDERED** that the stay in this matter is lifted. (Doc. No. 16).

**IT IS FURTHER ORDERED** that the Government shall have 30 days from entry of this Order in order to file a response to Petitioner's § 2255 motion, as amended by Doc. No. 8, and the Petitioner may file a reply within 7 days from the date the Government files its response.

**IT IS SO ORDERED.**

Signed: January 26, 2015

Robert J. Conrad, Jr.
United States District Judge