IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-439-RJC
(3:09-cr-153-RJC-5)

| ANTHONY BRITT MOORE, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court following the entry of the mandate by the Fourth Circuit in the case of United States v. Foote, 784 F.3d 931 (4th Cir. 2015).

Petitioner Moore's § 2255 proceeding was stayed on March 2, 2015, pending disposition of the Foote appeal, and the Government's obligation to file an answer to the claims raised by Petitioner was suspended. (Doc. No. 18). Based on the foregoing, the Court finds that the Government shall file an answer or response to the claims raised by Petitioner in this collateral proceeding within 30-days from entry of this Order.

**IT IS, THEREFORE, ORDERED** that the stay in this matter is lifted.

**IT IS FURTHER ORDERED** that the Government shall file an answer or response to Petitioner's claims in this collateral proceeding within 30-days from entry of this Order. Petitioner may have 14-days from the date the Government files its response to file a reply.

**IT IS SO ORDERED**.

Signed: June 12, 2015

Robert J. Conrad, Jr.
United States District Judge